1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   RUBEN E. VASQUEZ,                                No. C 07-04250 WHA

11              Petitioner,

12      v.                                            **ORDER DENYING
                                                     ADMINISTRATIVE MOTION**
13   THOMAS FELKER, Warden,                           **TO RELATE CASES**

14              Respondent.

15   _____/

16          The Court has reviewed respondent's motion to relate two actions involving the Section

17   2254 habeas petitions of co-defendants Ruben Vasquez and Miguel Galindo Sifuentes.  Based on

18   review of the claims asserted in petitioner Sifuentes' fourth amended petition, this order finds

19   that there is no predominance of issues between the two actions.  The *Vasquez* case involved

20   claims of violation of constitutional rights due to the prosecutor's use of peremptory challenges

21   to strike African-American prospective jurors based on their race and the removal for cause of

22   eleven prospective jurors on the ground that they failed to disclose their prior criminal histories

23   in their questionnaires.  In contrast, it appears that, Sifuentes' fourth amended petition brings

24   claims for the prosecutor's removal for cause of jurors on the basis of their race, the application

25   of California's felony murder rule in violation of the eighth amendment and right to jury trial,

26   and violation of due process when several jurors slept through key portions of the trial, in

27   addition to a *Batson* claim regarding the prosecutor's use of peremptory challenges to strike

28   jurors on the basis of race.  Although there is a potential overlap on one claim, this order finds

**United States District Court**
For the Northern District of California

that there will not be unnecessary duplication of labor and expense or conflicting results if the cases are conducted before different judges.  The motion to relate the two cases is **DENIED**.

      **IT IS SO ORDERED.**

Dated:  November 21, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2