UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL GALINDO SIFUENTES,

    Petitioner,

    v.

P. BRAZELTON,

    Respondent.

Case No. 09-cv-02902-PJH

**ORDER OF DISMISSAL**

Pursuant to the June 9, 2016 order and amended opinion of the Ninth Circuit Court of Appeals reversing the judgment entered December 3, 2013, and remanding with instructions to dismiss the petition, and under the mandate issued June 17, 2016, IT IS HEREBY ORDERED that the fourth amended petition for writ of habeas corpus is DISMISSED.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge